UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMIRO GARCIA ALMONTE,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, et al.,<br><br>Respondents. | No. 1:25-cv-01773-TLN-SCR<br><br><br><br>**ORDER** |

Petitioner Ramiro Garcia Almonte, an immigration detainee who is representing himself, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (ECF No. 1.) Based on the facts surrounding Petitioner's detention, the Court provisionally authorizes Petitioner to proceed in forma pauperis. *See* 28 U.S.C. § 1914.

In light of the complexity of the legal issues involved, the Court has determined that the interests of justice require the appointment of counsel for Petitioner. *See* 18 U.S.C. § 3006A(a)(2)(B); *see also Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983). Within seven days from the date of this order, the appointing authority for the Eastern District of California shall identify counsel and send counsel's contact information to Michele Krueger, Courtroom Deputy for Chief Judge Troy L. Nunley, via email at mkrueger@caed.uscourts.gov, who shall update the docket to reflect counsel's appointment. If counsel is not a member of the Eastern District of California Criminal Justice Act ("CJA") Panel, the Court hereby authorizes them to

1

Case 1:25-cv-01773-TLN-SCR    Document 3    Filed 12/09/25    Page 2 of 3

serve as CJA counsel for Petitioner for the duration of the proceedings in this Court pursuant to Local Rule 180(b)(1).

The Court has conducted a preliminary review of the § 2241 petition pursuant to Rule 4 of the Rules Governing Habeas Corpus Cases Under Section 2254.[1] Pending the Court's ruling on this petition, Respondents shall not take any action to transfer Petitioner out of this District. *See F.T.C. v. Dean Foods Co.*, 384 U.S. 597, 608 (1966) (acknowledging the Court's "express authority under the All Writs Act to issue such temporary injunctions as may be necessary to protect its own jurisdiction").

The Court construes Petitioner's emergency request for injunctive relief as a request for a preliminary injunction. Accordingly, Respondents shall file any opposition to Petitioner's request for injunctive relief by noon on December 12, 2025. Petitioner may file a reply, if any, by December 18, 2025.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner is provisionally authorized to proceed in forma pauperis, subject to Petitioner filing an application to proceed in forma pauperis by February 13, 2026. The Clerk of the Court is directed to serve Petitioner with an application to proceed in forma pauperis;

2. Within seven days from the date of this order, the appointing authority for the Eastern District of California shall identify counsel and send counsel's contact information to Michele Krueger, Courtroom Deputy for Chief Judge Troy L. Nunley, who shall update the docket to reflect counsel's appointment;

3. The Clerk of the Court shall serve a copy of this order together with a copy of Petitioner's § 2241 petition on the Federal Defender, Attention: Habeas Appointment;

4. The Clerk of the Court shall serve a copy of this order together with a copy of Petitioner's § 2241 petitioner on the Office of the United States Attorney for the Eastern District of California;

---

[1] Rule 1(b) of the Rules Governing Habeas Corpus Cases Under Section 2254 allows a district court to apply any or all of the rules to other types of habeas corpus petitions including § 2241 petitions.

2

5. Respondents shall file any opposition to Petitioner's request for injunctive relief by noon on December 12, 2025;

6. Petitioner may file a reply, if any, by December 18, 2025.

7. In order to ensure this Court's jurisdiction to resolve the pending § 2241 petition, Respondents shall not transfer Petitioner out of this judicial district pending further order of the Court.

IT IS SO ORDERED.

Date: December 9, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

3